COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION



DEC 2 0 2012

VIRGINIA, in the

UNITED STATES DISTRICT COURT
 of the
EASTERN DISTRICT OF VIRGINIA/ALEXANDRIA DIV
401 COURTHOUSE SQ
ALEXANDRIA, VA 22314


DIANE OLIVER, ET AL

vs         Case/File/Matter Number: 1:12CV1197

HORIZON INDUSTRIES, LTD.


### CERTIFICATE OF COMPLIANCE

I hereby certify that a copy of the process, notice, order or demand in the above-styled matter served upon the Clerk of the State Corporation Commission pursuant to § 12.1-19.1 of the Code of Virginia as statutory agent was mailed on December 18, 2012 by First Class mail to the following:

HORIZON INDUSTRIES, LTD.
501 CHURCH ST NE STE 104
VIENNA, VA 22180


Dated: December 18, 2012      *Joel H. Peck*
                                    Joel H. Peck
                                    Clerk of the Commission

Enclosures

SERVOP
CIS0317
12-12-17-1608



SOP-19.1
(11/12)

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**SERVICE OF PROCESS, NOTICE, ORDER OR DEMAND
ON THE CLERK OF THE STATE CORPORATION COMMISSION
AS STATUTORY AGENT**

1. The service being made relates to the following proceeding:

    Style of Proceeding: __Diane Oliver v. Horizon Industries, Ltd.__
    (e.g. name of the plaintiff vs. name of the defendant, or In the matter of..., etc.)

    Proceeding Pending in: __USDC, Eastern District of Virginia, Alexandria Division__
    (Jurisdiction)    (Name of Court or Tribunal)

    Court's Case / Matter No.: __1:12cv1197__

    Court's Mailing Address: __401 Courthouse Square, Alexandria, VA 22314__

2. Service is being made on the Clerk of the State Corporation Commission pursuant to Virginia Code §§ 12.1-19.1 and **(mark the appropriate box):** [See the Instructions for more information.]

    | | | | |
    |---|---|---|---|
    | ☒ 13.1-637 B | ☐ 13.1-920 E | ☐ 13.1-1056.1 C | ☐ 50-73.58 A 3 |
    | ☐ 13.1-758 F | ☐ 13.1-928 B | ☐ 13.1-1057 E | ☐ 50-73.59 E |
    | ☐ 13.1-766 B | ☐ 13.1-929 E | ☐ 38.2-801 | ☐ 50-73.135 G |
    | ☐ 13.1-767 E | ☐ 13.1-930 D | ☐ 38.2-809 | ☐ 50-73.139 A 3 |
    | ☐ 13.1-768 D | ☐ 13.1-1018 B | ☐ 38.2-1216 | ☐ 50-73.140 |
    | ☐ 13.1-836 B | ☐ 13.1-1056 A 3 | ☐ 50-73.7 B | |

    ☐ Other Virginia Code section or statutory authority (Specify): _____

3. Pursuant to the foregoing legal authority, the Clerk of the State Corporation Commission is being served as statutory agent of __Horizon Industries, Ltd.__.
    (name of business entity)

    The mailing address of the defendant (business entity) being served (one address per form) is

    __501 Church Street NE, Suite 104, Vienna, VA 22180__.
    (number/street, P.O. Box, Rural Route, etc.)    (city or town)    (state)    (zip code)

4. Person requesting service on the Clerk (to whom the receipt or a rejection letter is to be directed):

    Name: __Janelle E. Mason, Esq., Consumer Litigation Associates, PC__

    Attn: _____

    Address: __1800 Diagonal Road, Suite 600, Alexandria, VA 22312__
    (number/street, P.O. Box, Rural Route, etc.)    (city or town)    (state)    (zip code)

    Telephone No: __703-273-7770__    Email: __janelle@clalegal.com__
    (optional)    (optional)

**THREE COPIES OF THIS FORM MUST BE SUBMITTED ALONG
WITH TWO COPIES OF THE PAPERS TO BE SERVED**

**SEE INSTRUCTIONS ATTACHED**