**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**DIANE OLIVER, individually and on
behalf of all similarly situated individuals,**

      **Plaintiff,**

    v.                        Civil Action No. 1:12cv1197 (CMH/TCB)

**HORIZON INDUSTRIES, LTD.,**

      **Defendant.**

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Horizon Industries, LTD., Defendant in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or that own 10% or more of its stock.

Dated: January 8, 2013                    Respectfully submitted

                                              **HORIZON INDUSTRIES, LTD.**

                                              By:    /s/ David M. Gettings
                                                         Of Counsel

John C. Lynch (VSB No. 39267)
David M. Gettings (VSB No. 80394)
Counsel for Defendant Horizon Industries, LTD.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: david.gettings@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff Diane Oliver**
Leonard A. Bennett
Consumer Litigation Associates PC
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Email: lenbennett@cox.net

Matthew J. Erausquin
Janelle E. Mason
Consumer Litigation Associates PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
E-mail: matt@clalegal.com
E-mail: janelle@clalegal.com

/s/ David M. Gettings
David M. Gettings (VSB No. 80394)
Counsel for Horizon Industries, LTD.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7747
Facsimile: (757) 687-1545
E-mail: david.gettings@troutmansanders.com

20242119v1