IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



DIANE OLIVER, individually and on
behalf of all similarly situated individuals,

    Plaintiff,

v.                             Civil Action No. 1:12cv1197 (CMH/TCB)

HORIZON INDUSTRIES, LTD.,

    Defendant.

## AGREED ORDER

This matter came before the Court on the motion of Defendant Horizon Industries, LTD. ("Horizon Industries"), for an extension of time to answer, plead, or otherwise respond to the Complaint.

Upon consideration of the motion, and it appearing to the Court that Plaintiff consents to the extension, as evidenced by the endorsement hereto by counsel of record for Plaintiff, it is hereby

**ORDERED** that the motion of Horizon Industries for an extension of time is **GRANTED** and Horizon Industries shall file its answer, pleading or other response to the Complaint on or before Thursday, January 31, 2013, which shall be deemed timely filed.

**IT IS SO ORDERED.**

Entered this 9th day of January, 2013.

                                                /s/
                                          Theresa Carroll Buchanan
                                          United States Magistrate Judge

WE ASK FOR THIS:

_____
John C. Lynch (VSB No. 39267)
David M. Gettings (VSB No. 80394)
Counsel for Defendant Horizon Industries, LTD.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: david.gettings@troutmansanders.com


SEEN AND AGREED:

_____
Leonard A. Bennett (VSB No. 37523)
Counsel for Plaintiff Alejandro Lopez, Sr.
Consumer Litigation Associates PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

Matthew J. Erausquin (VSB No. 65434)
Janelle E. Mason (VSB No. 82389)
Consumer Litigation Associates PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-6080
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com
E-mail: janelle@clalegal.com